1
SEYFARTH SHAW LLP
Dana L. Peterson (SBN 178499)
dpeterson@seyfarth.com
David J. Kim (SBN 349802)
dakim@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

2

3

4

5

6
Attorneys for Defendants
BEAUTY INDUSTRY GROUP, OPCO LLC
BELLAMI HAIR, LLC
RANDILYN DELA CRUZ

7

8

9

10
UNITED STATES DISTRICT COURT

11
CENTRAL DISTRICT OF CALIFORNIA

12

13
KAREN SANCHEZ, an individual,

14
　　　　Plaintiff,

15
　　　　v.

16
BEAUTY INDUSTRY GROUP, OPCO LLC, BELLAMI HAIR, LLC, RANDILYN DELA CRUZ, and DOES 1 through 100, inclusive,

17

18
　　　　Defendants.

Case No.

[Los Angeles Superior Court Case No. 24STCV03811]

**DECLARATION OF RANDILYN DELA CRUZ IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Declarations of Dana L. Peterson, Darin Jacobs and Brian Garcia in support thereof; Notice of Interested Parties; Corporate Disclosure Statement]*

19

20

21

22

23

24

25

26

27

28

DELA CRUZ DECLARATION ISO DEFENDANTS' NOTICE OF REMOVAL
309797880v.1

1

## DECLARATION OF RANDILYN DELA CRUZ

2    I, Randilyn Dela Cruz, hereby declare and state as follows:

3    1.    I make this declaration in support of Defendants Beauty Industry Group

4 Opco, LLC ("BIG Opco"), Bellami Hair, LLC ("Bellami Hair), and Randilyn Dela Cruz

5 ("Dela Cruz") (or collectively, "Defendants") Notice of Removal.

6    2.    I am an Executive Director for BIG Opco, and though I travel abroad quite a

7 bit in my current role, my office is located at BIG Opco's office in Salt Lake City, Utah.

8    3.    On December 16, 2023, I moved to Salt Lake City, Utah.

9    4.    I have resided in Utah since December 16, 2023 and have no intention to

10 move in the immediate future.

11    I declare under penalty of perjury under the laws of the United States and the laws

12 of the States of Utah and California that the foregoing is true and correct.

13    Executed this 20ᵀᴴ day of March, 2024, at SALT LAKE CITY    , Utah.

14

15

16    Randilyn Dela Cruz

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF RANDILYN DELA CRUZ ISO DEFENDANTS' NOTICE OF REMOVAL

309797880v.1