1  SEYFARTH SHAW LLP
   Dana L. Peterson (SBN 178499)
2  dpeterson@seyfarth.com
   David J. Kim (SBN 349802)
3  dakim@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California 90067-3021
   Telephone:  (310) 277-7200
5  Facsimile:   (310) 201-5219

6  Attorneys for Defendants
   BEAUTY INDUSTRY GROUP, OPCO LLC
7  BELLAMI HAIR, LLC
   RANDILYN DELA CRUZ

8

9

10                   UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  KAREN SANCHEZ, an individual, | Case No. |
| 14              Plaintiff, | [Los Angeles Superior Court Case No. 24STCV03811] |
| 15       v. | |
| 16  BEAUTY INDUSTRY GROUP, OPCO LLC, BELLAMI HAIR, LLC, | **DEFENDANTS BEAUTY INDUSTRY GROUP, OPCO LLC AND BELLAMI HAIR, LLC'S NOTICE OF INTERESTED PARTIES** |
| 17  RANDILYN DELA CRUZ, and DOES 1 through 100, inclusive, | |
| 18              Defendants. | *[Filed concurrently with Notice of Removal; Declarations of Randilyn Dela Cruz, Dana L. Peterson, and Brian Garcia In Support thereof]* |
| 19 | |
| 20 | |

---

DEFENDANTS' NOTICE OF INTERESTED PARTIES

309907932v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned counsel of record for Defendants Beauty Industry Group Opco, LLC and Bellami Hair, LLC (collectively "Defendants"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Karen Sanchez, Plaintiff;
2. Beauty Industry Group Opco, LLC, Defendant;
3. Bellami Hair, LLC, Defendant; and
4. Randilyn Dela Cruz, Defendant.

The undersigned certifies that as of this date, it is not aware of any other interested entities in this matter other than the parties and entity named herein.

DATED: March 21, 2024                SEYFARTH SHAW LLP

By: /s/ Dana Peterson
Dana L. Peterson
David J. Kim
Attorneys for Defendants
Beauty Industry Group Opco, LLC,
Bellami Hair, LLC, and
Randilyn Dela Cruz

---

1
DEFENDANTS' NOTICE OF INTERESTED PARTIES

309907932v.1