1  SEYFARTH SHAW LLP
   Dana L. Peterson (SBN 178499)
2  dpeterson@seyfarth.com
   David J. Kim (SBN 349802)
3  dakim@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California 90067-3021
   Telephone:  (310) 277-7200
5  Facsimile:   (310) 201-5219

6  Attorneys for Defendants
   BEAUTY INDUSTRY GROUP, OPCO LLC
7  BELLAMI HAIR, LLC
   RANDILYN DELA CRUZ
8

9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| KAREN SANCHEZ, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>BEAUTY INDUSTRY GROUP, OPCO LLC, BELLAMI HAIR, LLC, RANDILYN DELA CRUZ, and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.<br><br>[Los Angeles Superior Court Case No. 24STCV03811]<br><br>**DEFENDANTS BEAUTY INDUSTRY GROUP, OPCO LLC AND BELLAMI HAIR, LLC'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>*[Filed concurrently with Notice of Removal; Declarations of Randilyn Dela Cruz, Dana L. Peterson, Darin Jacobs and Brian Garcia In Support thereof; Notice of Interested Parties]* |

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

309907779v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants Beauty Industry Group OpCo, LLC and Bellami Hair, LLC hereby state as follows:

   1.   Beauty Industry Group Opco, LLC's sole member is BIG PledgeCo, LLC, and it owns 100% of Beauty Industry Group Opco, LLC  No publicly held corporation owns ten percent or more of Beauty Industry Group OpCo, LLC's stock.

   2.   Bellami Hair, LLC's sole member is Bellami, LLC, and it owns 100% of Bellami Hair, LLC.  No publicly held corporation owns ten percent or more of Bellami Hair LLC's stock.

DATED: March 21, 2024                          SEYFARTH SHAW LLP

                                               By: _____
                                               Dana L. Peterson
                                               David J. Kim
                                               Attorneys for Defendants
                                               Beauty Industry Group Opco, LLC,
                                               Bellami Hair, LLC, and
                                               Randilyn Dela Cruz

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

1

309907779v.1